**In the Matter of HARBOR TANK STOR-AGE CO., Inc., a Corporation of the State of New York, Debtor.**

**George Bitter, Appellant.**

**No. 15305.**

United States Court of Appeals
Third Circuit.

Argued Nov. 15, 1965.

Decided Feb. 2, 1966.

Max Mehler, Newark, N. J., for appellant.

Jerome M. Lynes, Newark, N. J. (Joseph M. Nolan, Newark, N. J., pro se, on the brief), for appellee.

Before KALODNER, Chief Judge and McLAUGHLIN and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Judgment of the District Court of February 8, 1965, will be affirmed.

■

**David Thomas HEALY and Leonard Malcolm Oeth, Appellants,**

v.

**UNITED STATES of America, Appellee.**

**No. 22184.**

United States Court of Appeals
Fifth Circuit.

Jan. 31, 1966.

Rehearing Denied March 15, 1966.

Albert E. Schrader, Jr., Coral Gables, Fla., for appellants.

Edward A. Kaufman, Aaron Foosaner, Asst. U. S. Attys., Miami., Fla., William A. Meadows, Jr., U. S. Atty., Edward A. Kaufman, Asst. U. S. Atty., for appellee.

Before JONES and BROWN, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

Since no error appears in this cause the judgment of the district court is

Affirmed.